Jeffrey J. Lederman (SBN: 104622)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
Email: jlederman@winston.com
       kenns@winston.com

Attorneys for Defendant Dell, Inc.

Helen I. Zeldes (SBN: 220051)
Alreen Haeggquist (SBN: 221858)
ZELDES & HAEGGQUIST, LLP
665 West Broad, Suite 1410
San Diego, CA 92101
Telephone:     (619) 955-8218
Facsimile:      (619) 342-7878
Email: alreenh@zhlaw.com
Email: helenz@zhlaw.com

Attorneys for Plaintiff National Business Officers Association, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
2/6/2009

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BUSINESS OFFICERS ASSOCIATION, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NVIDIA CORPORATION; DELL, INC.; HEWLETT-PACKARD COMPANY; and DOES 1 through 50,<br><br>　　　　Defendants. | **Case No. C-08-05179 JW/HRL**<br><br>**CLASS ACTION**<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT DELL, INC. WITHOUT PREJUDICE PER AUTHORIZATION OF PLAINTIFF**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff National Business Officers Association, Inc. ("NBOA") voluntarily dismisses the above-captioned action as to Defendant Dell, Inc. ("Dell") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff NBOA expressly reserves the right to amend the operative complaint to add Dell as a defendant in this action after the Ninth Circuit's ruling in *Omstead v. Dell, Inc.*, Case No. 08-16479 becomes final, pursuant to the parties' Tolling Agreement.

Dated: January 21, 2009                                    ZELDES & HAEGGQUIST, LLP


By /s/ Helen Zeldes
Helen Zeldes
Attorneys for Plaintiff National Business
Officers Association, Inc.

## GENERAL ORDER 45 ATTESTATION

I, Krista M. Enns, am the ECF User whose ID and password was used to file this  In compliance with General Order 45, X.B., I hereby attest that Helen Zeldes, counsel for Plaintiff, authorized this filing and concurred therein.

Dated:  January 21, 2009                                   By:  /s/ Krista M. Enns
Krista M. Enns
WINSTON & STRAWN LLP
Attorneys for Defendant Dell, Inc.